**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**PAULA LINNEAR** : **DOCKET NO. 5:22-cv-04221**

**VERSUS** : **JUDGE JAMES D CAIN, JR.**

**ALLSTATE VEHICLE & PROPERTY**
**INSURANCE CO** : **MAGISTRATE JUDGE KAY**

<u>**JUDGMENT**</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 20], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Paula Linnear's voluntary motion to dismiss without prejudice [doc. 19] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 16th day of August, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

- 1 -